**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: LaJeana M. Andrews<br>Andre J. Owens<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-10810 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY, as Servicer for U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), and index same on the master mailing list.

Re: Loan # Ending In: 0133

                                           Respectfully submitted,

                                           **/s/Joshua I. Goldman, Esquire**
                                           Joshua I. Goldman, Esquire
                                           Thomas Puleo, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 825-6306  FAX (215) 825-6406