IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Andre J. Owens | : | Case No. 16-10810-ELF |
| xxx-xx-2775 | | |
| LaJeana M. Andrews | | |
| xxx-xx-1245 | | |
| Debtors | | |

SECOND AMENDED ORDER DIRECTING EMPLOYER OF LAJEANA M. ANDREWS
TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of LaJeana M. Andrews is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

$451.00 EVERY TWO WEEKS.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

DATED: 8-26-16

HONORABLE ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Commonwealth of Pennsylvania
P.O. Box 8006
Harrisburg, PA 17105-0000

David M. Offen Esq.

Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600