United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-10810-elf
Andre J. Owens                                                         Chapter 13
LaJeana M. Andrews
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Aug 26, 2016
                                  Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2016.
db/jdb         +Andre J. Owens,    LaJeana M. Andrews,    7549 Brentwood Road,    Philadelphia, PA 19151-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 27 2016 02:09:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2016 02:08:02      
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2016 02:09:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                         TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Joint Debtor LaJeana M. Andrews dmo160west@gmail.com,
         davidoffenecf@gmail.com
        DAVID M. OFFEN    on behalf of Debtor Andre J. Owens dmo160west@gmail.com,   davidoffenecf@gmail.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
         PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                          TOTAL: 5

```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                              :    Chapter 13


     Andre J. Owens                      :    Case No. 16-10810-ELF
     xxx-xx-2775
     LaJeana M. Andrews
     xxx-xx-1245
          Debtors


          SECOND AMENDED ORDER DIRECTING EMPLOYER OF LAJEANA M. ANDREWS
                          TO MAKE WAGE DEDUCTION
                     FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

     The future earnings of LaJeana M. Andrews is subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall
deduct from the wages of the debtor, beginning with the next pay
period after receipt of the Order the sum of

                       $451.00 EVERY TWO WEEKS.

     The employer shall continue these deductions until further Order
of this Court and shall remit all monies withheld from the Debtor's
wages at least monthly, or more frequently to the Standing Trustee whose
name and address appear below
                                       _____
DATED: 8-26-16                         HONORABLE ERIC L. FRANK
                                       CHIEF UNITED STATES BANKRUPTCY JUDGE


Make checks payable to:
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Commonwealth of Pennsylvania
P.O. Box 8006
Harrisburg, PA 17105-0000

David M. Offen Esq.
```

Certificate of Notice    Page 3 of 3

Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600