United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-10810-elf
Andre J. Owens                                                      Chapter 13
LaJeana M. Andrews
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 1              Date Rcvd: Sep 02, 2016
                               Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.
```
db/jdb         +Andre J. Owens,    LaJeana M. Andrews,    7549 Brentwood Road,    Philadelphia, PA 19151-2104
13785145       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,     PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Joint Debtor LaJeana M. Andrews dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Andre J. Owens dmo160west@gmail.com,    davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Andrew J. Owens | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-10810ELF |

NOTICE

To the debtor, debtor's counsel, trustee, and creditor U.S. Bank National Assoication

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $47570.39 has been filed in your name by J. Isaac Goldman, Esq. on 9/1/2016.

Dated: September 2, 2016

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By:Virginia S. DeBuvitz
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)