United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andre J. Owens  
LaJeana M. Andrews  
    Debtors

Case No. 16-10810-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 1        Date Rcvd: Oct 06, 2016  
                          Form ID: pdf900       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2016.  
db/jdb       +Andre J. Owens,   LaJeana M. Andrews,   7549 Brentwood Road,   Philadelphia, PA 19151-2104  
              +Commonwealth of Pennsylvania,   P.O. Box 8006,   Harrisburg, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: bankruptcy@phila.gov Oct 07 2016 02:16:55    City of Philadelphia,  
           City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
           Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2016 02:16:07  
           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
           Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2016 02:16:41    U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                        TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:  
        DAVID M. OFFEN   on behalf of Debtor Andre J. Owens dmo160west@gmail.com, davidoffenecf@gmail.com  
        DAVID M. OFFEN   on behalf of Joint Debtor LaJeana M. Andrews dmo160west@gmail.com,  
         davidoffenecf@gmail.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
         PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Andre J. Owens | : | Case No. 16-10810-ELF |
| xxx-xx-2775 |  |  |
| LaJeana M. Andrews |  |  |
| xxx-xx-1245 |  |  |
| Debtors |  |  |

**THIRD AMENDED ORDER DIRECTING EMPLOYER OF LAJEANA M. ANDREWS
TO MAKE WAGE DEDUCTION
<u>FOR REMITTANCE TO STANDING TRUSTEE</u>**

TO THE DEBTOR'S EMPLOYER:

The future earnings of LaJeana M. Andrews is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>**$460.00 EVERY TWO WEEKS.**</u>

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

DATED: 10/5/16

HONORABLE ERIC L. FRANK
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>
William C. Miller, Trustee
P.O. Box 1799
Memphis, TN  38101-1799

Commonwealth of Pennsylvania
P.O. Box 8006
Harrisburg, PA 17105-0000

David M. Offen Esq.
Suite 160 West, Curtis Ctr.
Philadelphia, PA 19106
(215) 625-9600