United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10810-elf
Andre J. Owens                                                           Chapter 13
LaJeana M. Andrews
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 1          Date Rcvd: Nov 07, 2016
                             Form ID: pdf900           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
db/jdb         +Andre J. Owens,   LaJeana M. Andrews,   7549 Brentwood Road,   Philadelphia, PA 19151-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 08 2016 02:21:48    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2016 02:21:22
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2016 02:21:47    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                          TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2016 at the address(es) listed below:
               DAVID M. OFFEN    on behalf of Debtor Andre J. Owens dmo160west@gmail.com,   davidoffenecf@gmail.com
               DAVID M. OFFEN    on behalf of Joint Debtor LaJeana M. Andrews dmo160west@gmail.com,
               davidoffenecf@gmail.com
               JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
               LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com
               United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
               WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 6

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Andre J. Owens          )  Chapter 13
         LaJeana M. Andrews      )
                                 )  16-10810-ELF
              Debtors            )
                                 )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtors, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 is allowed and the balance in the amount of $3,500.00 shall be paid by the Chapter 13 Trustee to the extent provided for by the terms of the confirmed plan.

11/7/16

DATED: _____

_____
ERIC L. FRANK
CHIEF UNITED S TATES B ANKRUPTCY JUDGE