7549 Brentwood Road
Philadelphia, PA 19151

10/18/2019


United States Bankruptcy Court
Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

To Whom It May Concern;


Re:   LaJeana M Andrews and Andre J. Owens
      Case No. 16-10810 ELF
      Last 4 Digits of Loan #: 0133


    I, LaJeana Andrews am asking for the court to not grant the Movant's Motion for Relief from the Automatic Stay Under 362. I, LaJeana Andrews have fell behind due to a knee injury on November 3, 2018 which lead me to be out of work from November 3, 2018 to January 8, 2019. During this time, I only received 60 percent of my gross pay which led me to fall behind in bills. I have attached a copy of my return to work note.

    Although, I have fell behind my records does not reflect owing payments from March 2019 through October 2019. I have attached a spreadsheet of my payments for review. I am asking for the opportunity to bring the post-petition payment current. In addition, check number 3087 in the amount of $725 was written and mailed to PHFA before this letter was received is not reflected in the balance.

    If in fact the balance to bring the post-petition mortgage due is $5,916.68. The payment of $725 would bring the amount to $5191.68.

    I am asking for you to allow payments totaling $2892 which covers 4 payment which will be mailed to PHFA on 10/25/2019 or prior to go towards the arrears. I am currently working and receiving my full pay and able to make my mortgage payments. Therefore, I asking to enter an agreement to bring my mortgage payment current by making an additional $725 payment until the mortgage is current beginning November 8, 2019.

    I pray that I will be granted the opportunity to bring my mortgage current by making payment arrangements on the remaining balance and fees.


Sincerely,

*LaJeana Andrews* (signature)

LaJeana Andrews

Enclosure 2

OCT 21 2019

## Andrews, LaJeana

| | |
|---|---|
| From: | LMA <la7275@gmail.com> |
| Sent: | Friday, October 18, 2019 10:23 AM |
| To: | Andrews, LaJeana |
| Subject: | [External] IMG_8335.JPG |

ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.



Sent from my iPhone

1

| Date of Check | Check No | Amount | Cleared Date |
|---|---|---|---|
| 8/31/2016 | 3049 | $ 970.00 | 8/31/2019 |
| 10/26/2016 | 3052 | $ 764.00 | 11/30/2016 |
| 11/26/2016 | 3021 | $ 764.00 | 12/5/2016 |
| 1/3/2017 | 3056 | $ 764.00 | 1/11/2017 |
| 1/30/2017 | 3023 | $ 764.00 | 2/6/2017 |
| 2/28/2017 | 3058 | $ 764.00 | 3/7/2017 |
| 4/15/2017 | 3059 | $ 764.00 | 4/18/2017 |
| 5/8/2017 | 3061 | $ 764.00 | 5/15/2017 |
| 6/5/2017 | 3066 | $ 764.00 | 7/27/2017 |
| 7/10/2017 | 3064 | $ 764.00 | 7/17/2017 |
| 8/9/2017 | 3067 | $ 764.00 | 8/22/2017 |
| 9/12/2017 | 3068 | $ 764.00 | 10/4/2017 |
| 10/25/2017 | 3024 | $ 764.00 | 11/1/2017 |
| 12/26/2017 | 3025 | $ 720.00 | 1/2/2018 |
| 11/30/2017 | 3071 | $ 720.00 | 12/26/2017 |
| 2/14/2017 | 3027 | $ 720.00 | 2/22/2018 |
| 2/28/2018 | 3026 | $ 720.00 | 4/2/2018 |
| 4/24/2018 | 3029 | $ 720.00 | 5/2/2018 |
| 5/27/2018 | 3030 | $ 720.00 | 6/14/2018 |
| 7/23/2018 | 3031 | $ 720.00 | 7/23/2018 |
| 8/15/2018 | 3033 | $ 720.00 | 8/21/2018 |
| 9/11/2018 | 3036 | $ 720.00 | 9/19/2018 |
| 10/28/2018 | 3042 | $ 720.00 | 11/2/2018 |
| 11/28/2018 | 3072 | $ 720.00 | 12/6/2018 |
| 12/28/2018 | 3073 | $ 723.00 | 1/3/2019 |
| 2/15/2019 | 3074 | $ 725.00 | 2/22/2019 |
| 3/12/2019 | 3076 | $ 725.00 | 3/19/2019 |
| 4/24/2019 | 3044 | $ 725.00 | 5/1/2019 |
| 7/1/2019 | 3081 | $ 725.00 | 7/10/2019 |
| 9/11/2019 | 3046 | $ 725.00 | 9/27/2019 |
| 10/8/2019 | 3087 | $ 725.00 | as of 10/18/19 outstanding |
| | | $ 23,131.00 | |