**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| LaJeana M. Andrews | : | **CASE NO.** 16-10810-ELF |
| **Debtor** | : | |

**ORDER**

AND NOW, this __18th__ day of __February__, 2021, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE