United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andre J. Owens  
LaJeana M. Andrews  
    Debtors

Case No. 16-10810-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Andre J. Owens, LaJeana M. Andrews, 7549 Brentwood Road, Philadelphia, PA 19151-2104 |
| 13699369 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USAF, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430 |
| 13671562 | | Accounts Recovery Bureau, Inc., PO Box 70256, Philadelphia, PA 19176-0256 |
| 13747076 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13671565 | | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 13671570 | + | Dvra Collect, 2701 Loker Ave W Ste 280, Carlsbad, CA 92010-6639 |
| 13671571 | | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 13671572 | | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 13671575 | | Good Shepherd Penn Partners, 860 South 5th Street, Allentown, PA 18103-3308 |
| 13671576 | | Hospital Billing - CHOP, PO Box 787802, Philadelphia, PA 19178-7802 |
| 13671578 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13671587 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13671583 | | Penn Credit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 13671585 | | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13671588 | + | Pond Lehocky, 2005 Market Street, 18th Floor, Philadelphia, PA 19103-7010 |
| 13676326 | + | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 13671589 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 13671590 | + | Sonnenschein Fnl Svcs, 2 Transam Plaza Dr Ste 3, Oakbrook Terrace, IL 60181-4823 |
| 13671594 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 13785145 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13753335 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 13671596 | + | US National Bank Assocations, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125519 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 17 2021 03:31:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |

Case 16-10810-elf   Doc 67   Filed 04/18/21   Entered 04/19/21 00:50:59   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13671563 | + | Email/Text: EBNProcessing@afni.com | Apr 17 2021 03:34:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 13677631 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 17 2021 03:54:15 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 13725229 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2021 04:11:10 | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13671566 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:00:53 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13766731 | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13671567 | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102 |
| 13697627 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:00:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13671568 | | Email/Text: documentfiling@lciinc.com | Apr 17 2021 03:31:00 | Comcast Cable, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 13671569 | | Email/Text: bankruptcynotices@dcicollect.com | Apr 17 2021 03:36:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 13671573 | + | Email/Text: bankruptcy@fncbinc.com | Apr 17 2021 03:31:00 | First National Collect, 610 Waltham Way, Mccarran, NV 89437-6695 |
| 13671574 | + | Email/Text: bankruptcy@fncbinc.com | Apr 17 2021 03:31:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 13671577 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2021 03:32:00 | Internal Revenue Service, P.O. Box 12051, Philadelphia, PA 19105 |
| 13671579 | + | Email/PDF: pa_dc_claims@navient.com | Apr 17 2021 03:52:22 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 13671581 | + | Email/Text: blegal@phfa.org | Apr 17 2021 03:34:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 13671582 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 17 2021 03:32:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13671591 | + | Email/Text: bankruptcy@sw-credit.com | Apr 17 2021 03:34:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 13671592 | + | Email/Text: bankruptcy@sw-credit.com | Apr 17 2021 03:34:00 | Southwest Credit Systems, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 13671593 | + | Email/Text: consumerlending@sunfcu.org | Apr 17 2021 03:34:00 | Sun Federal Credit Uni, 1627 Holland Rd, Maumee, OH 43537-1622 |
| 13671597 | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 13671580 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 13671584 | * | Penn Credit, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 13671586 | * | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 13671595 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |

13671564        ##+        Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

**Name**        **Email Address**

DAVID M. OFFEN
　　on behalf of Debtor Andre J. Owens dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
　　on behalf of Joint Debtor LaJeana M. Andrews dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JOSHUA I. GOLDMAN
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) Josh.Goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

LEON P. HALLER
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com

THOMAS I. PULEO
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
　　on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
　　ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Andre J. Owens and LaJeana M. Andrews

        Debtor(s)                                  Bankruptcy No: 16−10810−elf

                                                          Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                         For The Court
                                                 Timothy B. McGrath
                                                   Clerk of Court

Dated: 4/16/21

                                                                                66 − 65
                                                                            Form 138_new